# United States District Court

WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

WILLIE BURNETT CARROLL

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CR08-5351BHS/
C09-5493BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court denies the motion because this Court is without jurisdiction to consider the §2255 motion. This challenge should be brought in the district of confinement under §2241.

| August 19, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk